IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT'S JEWELERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1-03-1211 |
| | ) Judge Todd/Magistrate Anderson |
| WISE CHOICE SOFTWARE, A DIVISION OF CENTRIFUGAL FORCE, INC. | ) |
| Defendant, | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel appearing below, that all matters in controversy between the parties have been compromised and settled, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that: this matter is **DISMISSED** with prejudice.

Entered this 2nd day of May, 2005.

_____
JAMES D. TODD
United States Chief District Judge

Order submitted by:

**NEAL & HARWELL, PLC**

By: _____
James F. Sanders, No. 5267
Christopher D. Booth, No. 22445
2000 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-1713

*Attorneys for Wise Choice Software*

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

HARDEE, MARTIN, DAUSTER & DONAHOE

By: /s/ Mark Donahoe
C. Mark Donahoe, No. 014049
213 East Lafayette St.
Jackson, TN 38301
(731) 424-2151

Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:03-CV-01211 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

A. Scott Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT